UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| BIGLER LP; | § | Case No. 09-38188 |
| BIGLER LAND, LLC; | § | Case No. 09-38189 |
| BIGLER PETROCHEMICAL, LP; | § | Case No. 09-38190 |
| BIGLER PLANT SERVICES, LP; | § | Case No. 09-38182 |
| BIGLER TERMINALS, LP | § | Case No. 09-38194 |
| | | |
| Debtors | § § § | Chapter 11<br><br>Joint Administration Requested |

NOTICE OF APPEARANCE AND
REQUEST FOR COPIES OF ALL ORDERS,
NOTICES, PROPOSED ORDERS AND PLEADINGS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, LAWRENCE J. MAUN, counsel for CONTECH CONTROL SERVICES, INC., a creditor and party in interest in the above captioned matter, and requests that all notices given or required to be given in this case, and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, including copies of all motions, pleadings, orders and proposed orders be sent to:

Lawrence J. Maun
Lawrence J. Maun, P. C.
9800 Richmond Avenue, Suite 520
Houston, Texas 77042
Telephone: (713) 266-2560
Facsimile: (281) 738-3814
lmaun@maunlaw.com

Additionally it is requested that the Plaintiff and the Clerk of the Court place the name

and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case.

             Respectfully submitted,

             LAWRENCE J. MAUN, P. C.

          By: /s/ Lawrence J. Maun
            LAWRENCE J. MAUN
            State Bar No. 13235900
            9800 Richmond Avenue, Suite 520
            Houston, Texas 77042
            Telephone:  (713) 266-2560
            Facsimile:   (281) 768-3814
            lmaun@maunlaw.com

            COUNSEL FOR CONTECH CONTROL
            SERVICES, INC

### CERTIFICATE OF SERVICE

   This is to certify that on this 4th day of November, 2009, a true and correct copy of the above and foregoing document was either sent by United States mail, postage prepaid or electronically via the ECF system to the below listed persons or entities.

             /s/ Lawrence J. Maun
            LAWRENCE J. MAUN

## MASTER SERVICE LIST
## BIGLER, LP

**Debtors:**

Bigler LP, et al.
1920 N. Memorial Way, Suite 201
Houston TX 77007

**Debtors' Counsel:**

Henry J. Kaim Mark W.
Wege Edward L. Ripley
King & Spalding LLP 1100
Louisiana, Suite 4000
Houston TX 77002 Tel:
713-751-3200 Fax:
713-751-3290
Email: Hkaim@kslaw.com ,
Mwege@kslaw.com , Eripley@kslaw.com

**GOVERNMENTAL AGENCIES:**

Office of the US Trustee
Email:
USTPRegion07.HU.ECF@USDOJ.GOV

Internal Revenue Service PO
Box 21126 Philadelphia PA
19114-1294

**SECURED CREDITOR:**
Amegy Bank, N.A.
C/O James Matthew Vaughn
Porter & Hedges LLP
Email:mvaughn@porterhedges.com

**COMBINED TWENTY LARGEST UNSECURED CREDITORS:**
American Pump & Machine Works Inc
PO Box 119
Geismar LA 70734-0119

Baker Hughes
12645 W Airport Blvd
Sugarland TX 77478

BASF Corporation PO
Box 92530
Chicago IL 60675

Billipp/Portwest LP
C/O J.A. Billipp Company
Attn: J. Andrew Billipp
6925 Portwest Dr Ste 130
Houston TX 77024
Facsimile: 713-426-5050

Buckeye Gulf Coast Pipe 9999
Hamilton Blvd
Five TEK Park
Breinigsville PA 18031

G&K Services
PO Box 5498
Houston TX 77262-9998

Infinity Construction Services
2301 Battleground Road
La Porte TX 77571

Intertek
1114 Seaco Avenue
Deer Park TX 77536

Kinder Morgan Dept 3003
PO Box 201607
Dallas TX 75320-1607

Mammoet USA Inc
20525 FM 521
Rosharon TX 77583

Mobile Mini Inc
PO Box 79149
Phoenix AZ 85062

Rain for Rent
2712 Battleground Road
La Porte TX 77571

RW Beck
4975 Preston Park Ste 850
Plano TX 75093

SAGE Environmental Consulting
PO Box 671545
Dallas TX 75267-1545

Software Decisions Inc
5821 Southwest Freeway, Ste 602
Houston TX 77057

SPX Cooling Tower Technologies Inc
12555 Gulf Freeway Ste B
Houston TX 77034

Trico Equipment
1101 Wheaton Avenue
Millville NJ 08332

USA Environmental LP
PO Box 4986 Dept 78
Houston TX 77210

White-Tucker Company
13895 Westfair East Drive
Houston TX 77041

Christine March
Office of the US Trustee
515 Rusk Street, Suite 3516
Houston, TX 77042

**PARTIES REQUESTING NOTICE:**

Matthew Vaughn, Esq.
Porter & Hedges
1000 Main, Ste 3600
Houston, TX 77002