T. Michael Neville
T. Michael Neville & Associates, P.C.
2040 North Loop West, Suite 102
Houston, Texas 77018-8109
(713) 880-8050/Fax: (713) 880-8048

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### Houston Division

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| BIGLER, LP | § | CASE NO. 09-38188 |
| BIGLER LAND, LLC | § | CASE NO. 09-38189 |
| BIGLER PETROCHEMICAL, LP | § | CASE NO. 09-38190 |
| BIGLER PLANT SERVICES, LP | § | CASE NO. 09-38182 |
| BIGLER TERMINALS, LP | § | CASE NO. 09-38194 |
| | § | |
| Debtors | § | Chapter 11 (Joint Administration) |
| | § | |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please notice that the undersigned counsel represents Instrumentation and Electrical Specialist, a secured creditor in this case, and hereby enters an appearance pursuant to 11 U.S.C §1109(b) and Fed. R. Bankr. P. 9010(b), and requests copies of all notices and pleadings pursuant to Rules 2002, 3017, and 9007 of the Federal Bankruptcy Rules of Procedure be served as follows:

> T. Michael Neville
> 2040 North Loop West, Suite 102
> Houston, Texas 77018-8109
> (713) 880-8050/Fax: (713) 880-8048

Please take further notice that, pursuant to 11 U.S.C §1109(b), the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes without

limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case.

Respectfully submitted,

*[signature]*
T. Michael Neville
SDTX Admission No. 0101
Texas Bar No. 14935500

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this instrument has been served electronically and/or by U.S. Mail, postage prepaid, to each party on the attached service list on this the 9th day of November, 2009.

*[signature]*
T. Michael Neville

## SERVICE LIST

White-Tucker Company
13895 Westfair East Drive
Houston, TX 77041

Bigler, LP et al. (Debtors)
1920 N. Memorial Way, Ste. 201
Houston, TX 77007-8353

**Henry J. Kaim** (Debtor's Counsel)
King & Spaulding
1100 Louisiana, Suite 4000
Houston, TX 77002-5213

**James Matther Vaughn (Amegy)**
Porter & Hedges, LLP
1000 Main St., Ste. 3600
Houston, TX 77002-6341

**Craig E. Power (Shaw Mainten.)**
Cokinos, Bosien & Young
1221 Lamar, 16th Floor
Houston, TX 77010-3039

**Linebarger, Goggan et al.**
C/o John Dillman
P.O. Box 3064
Houston, TX 77253-3064

**Contech**
c/o Lawrence Maun
9800 Richmond, Ave., Suite 520
Houston, TX 77042-4526

**Christine March, U.S. Trustee**
515 Rusk Ave., Ste. 3516
Houston, TX 77002-2604

**David Elder ((Hidalgo Power)**
Gardere Wynne Sewell, LLP
1000 Louisiana, Ste. 3400
Houston, TX 77002-5011

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-1294

American Pump & Machine Works
PO Box 119
Geismar, LA 70734-0119

Baker Hughes
12645 W Airport Blvd
Sugar Land, TX 77478

BASF Corporation
PO Box 92530
Chicago, IL 60675

Billipp/Portwest C/O Billipp Co.
Attn: J. Andrew Billipp
6925 Portwest Drive, Suite 130
Houston, TX 77024

Buckeye Gulf Coast Pipe
9999 Hamilton Blvd
Five TEK Park
Breinigsville, PA 18031

G&K Services
PO Box 5498
Houston, TX 77262-9998

Infinity Construction Services
2301 Battleground Road
La Porte, TX 77571

Intertek
1114 Seaco Avenue
Deer Park, TX 77536

Kinder Morgan Dept 3003
PO Box 201607
Dallas, TX 75320-1607

Mammoet USA Inc.
20525 FM 521
Rosharon, TX 77583

Mobile Mini Inc.
PO Box 79149
Phoenix, AZ 85062

Rain for Rent
2712 Battleground Road
La Porte, TX 77571

RW Beck
4975 Preston Park Ste 850
Plano, TX 75093

SAGE Environmental Consulting
PO Box 671545
Dallas, TX 75267-1545

Software Decisions Inc
5821 Southwest Freeway, Ste 602
Houston, TX 77057

SPX Cooling Tower Technologies
12555 Gulf Freeway, Ste B
Houston, TX 77034

Trico Equipment
1101 Wheaton Avenue
Millville, NJ 08332

USA Environmental LP
PO Box 4986 Dept 78
Houston, TX 77210