IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BIGLER, L.P. | § | CASE NO. 09-38188 |
| BIGLER LAND, LLC; | § | CASE NO. 09-38189 |
| BIGLER PETROCHEMICAL, LP; | § | CASE NO. 09-38190 |
| BIGLER PLANT SERVICES, LP; | § | CASE NO. 09-38191 |
| BIGLER TERMINALS, LP | § | CASE NO. 09-38192 |
| | § | |
| DEBTORS. | § | CHAPTER 11-JUDGE BOHM |
| | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 09-38188 |

### NOTICE OF APPEARANCE
### AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned attorney appears in the above-captioned case on behalf of THE INFINITY GROUP, and its affiliated entities, including without limitation INFINITY CONSTRUCTION SERVICES, L.P., creditor and party-in-interest, and pursuant to Bankruptcy Rules 2002 and 9010(b), requests that a copy of all notices, pleadings and papers filed in this case be delivered to the undersigned attorney *via email attachment or facsimile*. Under section 1109(b) of the Bankruptcy Code, the foregoing request also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone or otherwise filed in regard to the above-captioned cases.

Respectfully submitted,

*Tom Kirkendall*

Tom Kirkendall  bigtkirk@kir.com
State Bar No. 11517300/SDTX No. 02287
**LAW OFFICE OF TOM KIRKENDALL**
2 Violetta Ct
The Woodlands, Texas 77381-4550
281.364.9946
888.582.0646 (fax)

**COUNSEL FOR INFINITY GROUP, LP
AND AFFILIATED ENTITIES**

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing instrument, was served via electronic transmission to Debtor's counsel and parties-in-interest via the Court's ECF system on the 9th day of November, 2009.

*Tom Kirkendall*

Tom Kirkendall