IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BIGLER LP | § | Case No. 09-38188 |
| BIGLER LAND, LLC | § | Case No. 09-38189 |
| BIGLER PETROCHEMICAL, LP | § | Case No. 09-38190 |
| BIGLER PLANT SERVICES, LP | § | Case No. 09-38182 |
| BIGLER TERMINALS, LP | § § | Case No. 09-38194 |
| Debtors | § § § | CHAPTER 11  Jointly Administered |

## REF-CHEM, L.P.'S
## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Ref-Chem, L.P. f/k/a Ref-Chem Corporation, hereby appears by and through its attorneys and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 and Bankruptcy Code §§ 102(1), 342, and 1009(b) that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon:

> Gregory S. Meece
> Texas Bar No. 13898350
> Gregory.Meece@tklaw.com
> Allison D. Byman
> Texas Bar No. 24040773
> Allison.Byman@tklaw.com
> Thompson & Knight LLP
> 333 Clay St., Suite 3300
> Houston, TX 77002-4499
> Telephone: 713.654.8111
> Fax: 713.654.1871

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes without limitation, any plan of reorganization and objections thereto, notices of any

orders, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and otherwise transmitted or conveyed by delivery, mail, telephone, fax, e-mail or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request is not a submission by Ref-Chem, L.P. f/k/a Ref-Chem Corporation to the jurisdiction of the Bankruptcy Court nor a waiver of any of its respective rights: (i) to have final orders in non-core matters entered only after a de novo review by a District Judge; (ii) to trial by a jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) or any other rights, claims, actions, setoffs, or recoupments to which Ref-Chem, L.P. f/k/a Ref-Chem Corporation is or may be entitled, in law or in equity all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: November 9, 2009.

Respectfully submitted,

THOMPSON & KNIGHT LLP

By:*/s/ Gregory S. Meece*
Gregory S. Meece
Texas Bar No. 13898350
Gregory.Meece@tklaw.com
Allison D. Byman
Texas Bar No. 24040773
Allison.Byman@tklaw.com

Thompson & Knight LLP
333 Clay St., Suite 3300
Houston, TX 77002-4499
Telephone: 713.654.8111
Fax: 713.654.1871

**COUNSEL FOR REF-CHEM, LP**

**CERTIFICATE OF SERVICE**

I certify that on this the 9th day of November, 2009, a true and correct copy of the above and foregoing was served upon all parties of record via the Court's electronic case filing system (ECF).

/s/ *Gregory S. Meece*
Gregory S. Meece

068507 008936 HOUSTON 668820.1