IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| BIGLER LP; | § | Case No. 09-38188 |
| BIGLER LAND, LLC; | § | Case No. 09-38189 |
| BIGLER PETROCHEMICAL, LP; | § | Case No. 09-38190 |
| BIGLER PLANT SERVICES, LP; | § | Case No. 09-38192 |
| BIGLER TERMINALS, LP | § | Case No. 09-38194 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | Jointly Administered Under |
| | § | Case No. 09-38188 |

**NOTICE OF RESET OF HEARING ON DEBTORS' EMERGENCY MOTION PURSUANT TO 11 U.S.C. §§ 105, 361, 363 AND 364 FOR INTERIM AND FINAL ORDERS (I) AUTHORIZING AND APPROVING THE DEBTORS' USE OF CASH COLLATERAL; (II) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES; (III) AUTHORIZING DEBTORS TO (A) OBTAIN POST-PETITION FINANCING, AND (B) GRANT SENIOR LIENS, JUNIOR LIENS, AND SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS; (IV) SCHEDULING A FINAL HEARING; AND (V) <u>GRANTING RELATED RELIEF</u>**
**[Relates to Docket No. 67]**

PLEASE TAKE NOTICE that the hearing on the *Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 363 and 364 for Interim and Final Orders (I) Authorizing and Approving the Debtors' Use of Cash Collateral; (II) Granting Adequate Protection to Certain Prepetition Secured Parties; (III) Authorizing Debtors to (A) Obtain Post-Petition Financing, and (B) Grant Senior Liens, Junior Liens, and Superpriority Administrative Expense Status; (IV) Scheduling a Final Hearing; and (V) Granting Related Relief* (Docket No. 67) is reset to **November 24, 2009 at 3:30 p.m.** before the Honorable Judge Jeff Bohm, Courtroom 600, 6th Floor, U.S. Bankruptcy Court, 515 Rusk, Houston, Texas 77002.

755428.1

Respectfully submitted this 20th day of November 2009.

**KING & SPALDING, LLP**

By: /s/ Henry J. Kaim
    Henry J. Kaim
    Texas Bar No. 11075400
    HKaim@kslaw.com
    Mark W. Wege
    Texas Bar No. 21074225
    MWege@kslaw.com
    Edward L. Ripley
    Texas Bar No. 16935950
    ERipley@kslaw.com
    1100 Louisiana, Suite 4000
    Houston, Texas  77002
    Telephone:  (713) 751-3200
    Fax: (713) 751-3290

**PROPOSED ATTORNEYS FOR DEBTORS**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Notice was served upon the parties eligible to receive service through the Clerk's Office ECF facilities by electronic mail, and was directed to BMC Group, Inc., Noticing Agent, for service on the parties listed on the attached Master Service List, on this 20th day of November  2009.

    /s/ Henry J. Kaim
    Henry J. Kaim