| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 09-38188-H4-11 |
|---|---|---|---|
| IN RE: BIGLER, LP; BIGLER LAND, LLC; BIGLER PETROCHEMICAL, LP; BIGLER PLANT SERVICES, LP; BIGLER TERMINALS, LP ||||
| *versus* ||||
| ||||

This lawyer, who is admitted to the State Bar of __New York and Connecticut__ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Peter Goodman<br>McKool Smith<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>(212) 402-9408<br>NY #PSG3939/2140432; Connecticut #306344<br>SDNY; EDNY; Dist. Connecticut, Second Circuit |
|---|---|

Seeks to appear as the attorney for this party:

| |
|---|
| Dated: 11/23/09    Signed: [signature] |

| COURT USE ONLY: The state bar reports that the applicant's status is: _____. |
|---|
| Dated: _____    Signed: _____<br>Deputy Clerk |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                                                        United States District Judge