UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | HOUSTON | Main Case Number | 09-38188-H4-11 |
|---|---|---|---|
| Debtor | In Re: | BIGLER, LP, et al. | |

This lawyer, who is admitted to the State Bar of __NEW YORK and CONNECTICUT__ :

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Peter S. Goodman<br>McKool Smith, P.C.<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>212.402.9408<br>NY #PSG3939/2140432; Connecticut #306344 |
|---|---|

Seeks to appear as the attorney for this party:

| Ad Hoc Group of M&M Lien Claimants |
|---|
| Dated: November 24, 2009     Signed: *(signature)* |

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated: _____     Signed: _____
                                             Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____             _____
                                                     United States Bankruptcy Judge