20090417567
09/14/2009  RP3  $20.00

| STATE OF TEXAS | § | |
|---|---|---|
| | § | Affidavit for Mechanic's Lien |
| DALLAS COUNTY | § | |

BEFORE ME, the undersigned authority, personally appeared Jeff Guillot, who upon his oath, deposed and stated the following:

1. "My name is Jeff Guillot. I am the President of Halgo Power, Inc. ("Claimant"). I have personal knowledge of the facts set forth below, and I am competent and authorized to make this affidavit. The facts set forth herein are true and correct based upon my personal knowledge.

2. "Claimant's physical business and mailing address is 811 E. Plano Parkway, Suite 101, Plano, Texas 75074.

3. "Bigler Land, LLC is the identified owner or reputed owner of the real property described below, and its last known address is 1920 N. Memorial Way, Suite 201, Houston, Texas 77007 and/or P.O. Box 2408, Houston, Texas 77252-2408. On information and belief, Bigler LP is the agent or representative of the owner or is a jointly-controlled affiliate of the owner.

4. "Pursuant to a contract between Claimant (as an original contractor) and Bigler, LP, whose address is 1920 N. Memorial Way, Suite 201, Houston, Texas 77007, Claimant furnished materials generally described as two (2) industrial boilers.

5. "The following described real property is sought to be charged with a lien: Tracts 9D-2 and 9D-1A of Abstract 18 of the T Earle Survey (a/k/a TR 9D-2 and TR 9D-1A ABST 18 T EARLE), Harris County, Texas. The property has a street address of 1000 N. South Street (or alternatively 1500 N. South Street), Pasadena TX 77503.

6. "The total amount of the claim that is due to Claimant is $ 533,472.45, which amount is just, due, and correct, after allowing all just credits, offsets, and payments."

By: _____
    Jeff Guillot

Exhibit 1

## Jurat and Acknowledgement

BEFORE ME, the undersigned authority, on this day personally appeared Jeff Guillot, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that the facts were true, and he executed the same for the purposes therein expressed, in the capacity therein stated, and as the act and deed of said corporation. Further, this instrument was SUBSCRIBED AND SWORN TO BEFORE ME, AND GIVEN UNDER MY HAND AND SEAL on this 10th day of September 2009

_Jenny Alme_
NOTARY PUBLIC

JENNY ALME
Notary Public, State of Texas
My Commission Expires
March 03, 2013

After recording return to:
Jeff Guillot
811 E. Plano Parkway
Suite 101
Plano, Texas 75074.

DALLAS 2076969v.1



SEP 14 2009

COUNTY CLERK
HARRIS COUNTY, TEXAS

FILED FOR RECORD
8:00 AM

SEP 14 2009

County Clerk, Harris County, Texas