IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| BIGLER LP; | § | Case No. 09-38188 |
| BIGLER LAND, LLC; | § | Case No. 09-38189 |
| BIGLER PETROCHEMICAL, LP; | § | Case No. 09-38190 |
| BIGLER PLANT SERVICES, LP; | § | Case No. 09-38192 |
| BIGLER TERMINALS, LP | § | Case No. 09-38194 |
| | § | |
| Debtors. | § | Chapter 11 |
| | § | |
| | § | Jointly Administered Under |
| | § | Case No. 09-38188 |

**NOTICE REGARDING APPROVAL AND CLOSING
OF THE SALE OF THE DEBTORS' ASSETS**
(this relates to Docket No. 309)

**TO CREDITORS AND PARTIES IN INTEREST:**

Please be advised that at the hearing scheduled for June 23, 2010 at 10:00am on approval of Debtors' Motion for Entry of an Order authorizing the Sale of Substantially All of the Debtors' Assets and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (the "Motion"), the Debtors will be requesting:

(1) that with respect to the Land Assets[1], the Court approve Intercontinental Terminals Company ("ITC") as the Successful Bidder and Vopak Terminals North America, Inc. ("Vopak") as the Back-Up Bidder and further approve the sale of the Land Assets pursuant to an order under Bankruptcy Code section 363; and

(2) that with respect to the Terminals and Petrochemical Assets, the Court approve by separate order Amegy Bank as the Successful Bidder and Enterprise Products Operating LLC as the Back-Up Bidder. However, at the request of Amegy and with consent of the Official

---

[1] Capitalized terms are as defined in the Motion and the related asset purchase agreements.

Committee of Unsecured Creditors, the Debtors are not seeking approval of the sale of the Terminals and Petrochemicals Assets at the June 23 hearing, instead, the closing of the sale of the Terminals and Petrochemical Assets (including but not limited to the assumption and assignment of related executory contracts and leases) to Amegy will be adjourned and will occur pursuant to a plan of reorganization or other order of the Court.

Respectfully submitted this 22nd day of June 2010.

**KING & SPALDING LLP**

By: /s/ Henry J. Kaim
    Henry J. Kaim
    Texas Bar No. 11075400
    HKaim@kslaw.com
    Mark W. Wege
    Texas Bar No. 21074225
    MWege@kslaw.com
    Edward L. Ripley
    Texas Bar No. 16935950
    ERipley@kslaw.com
    1100 Louisiana, Suite 4000
    Houston, Texas  77002
    Telephone:  (713) 751-3200
    Fax: (713) 751-3290

**COUNSEL FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing was served upon the parties eligible to receive notice through the Court's ECF facilities by electronic mail and was directed to BMC Group, Inc., Noticing Agent, for service to the parties listed on the Debtors' Master Service List on this 22nd day of June 2010.

                                                 /s/ Henry J. Kaim_____
                                                 Henry J. Kaim